UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John McGregor, et al., | Civil No. 09cv01136 ADM/JJK |
| Plaintiffs, | |
| v. | **ORDER REGARDING JOINT STIPULATION FOR AN EXTENSION OF TIME TO AMEND AND ADD PARTIES** |
| Uponor, Inc., et al., | |
| Defendants. | |

Based upon the Joint Stipulation To Extend the Date to Amend Pleadings and to Add Parties (Doc. No. 59), **IT IS HEREBY ORDERED** that the Stipulation shall be, and hereby is, adopted as the Order of this Court, and that the time for the parties to file amendments to pleadings and to add parties is hereby extended until April 15, 2010.

Dated:   January 15, 2010

*s/ Jeffrey J. Keyes*
JEFFREY J. KEYES
United States Magistrate Judge